

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-14-00028-CV

IN THE INTEREST OF B.M.W., A MINOR CHILD

On Appeal from the 6th District Court
Lamar County, Texas
Trial Court No. 81876

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Justice Moseley

## MEMORANDUM OPINION

James H. Williams, III, acting pro se, has filed an appeal from a judgment involving a child support obligation. The clerk's record was filed on April 25, 2014. Williams did not request a reporter's record. In response to questions posed by this Court, Williams stated in a conversation with our clerk's office on June 23, 2014, that he desired to dismiss his appeal. He stated that he would send a letter or fax confirming this. No letter or fax was received.

We contacted Williams by letter on July 3, informing him that if he wished to pursue his appeal, he needed to send this Court a letter showing that he was actively working to advance his case. His letter was due to be received by this Court by July 14, 2014. We warned him at that time that if we received no response by that date, his appeal would be dismissed pursuant to Rule 42.3(c) of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P 42.3(c). As of the date of this opinion, Williams has not contacted this Court.

We dismiss the appeal.


Bailey C. Moseley
Justice


Date Submitted:     July 23, 2014
Date Decided:       July 24, 2014

2